| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | Mia_Crager@fd.org |
| 6 | Attorney for Defendant |
| | DERICK LOUANGAMATH |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00034-KJM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO SET A** |
| | ) | **BREIFING SCHEDULE AND STATUS** |
| vs. | ) | **CONFERENCE** |
| | ) | |
| DERICK LOUANGAMATH | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller. |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Assistant United States Attorney Aaron Pennekamp, attorney for Plaintiff, and Federal Defender Heather E. Williams through Assistant Federal Defenders Mia Crager and Hannah Labaree, attorneys for Derick Louangamath, that simultaneous briefs, not to exceed 20 pages, be filed by July 30, 2021 and that a status conference be set for August 30, 2021 at 9:00 a.m.

　　　　The parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 30, 2021 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation. The parties agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Moreover, for purposes of computing time under the Speedy Trial Act, the parties agree that the

-1-

time from the date of this order through thirty days after the motion is submitted is automatically excludable because a pretrial motion to suppress remains pending before the Court. *See* 18 U.S.C. § 3161(h)(1)(D) [Local Code E].

Respectfully submitted,

Dated: July 9, 2021  HEATHER E. WILLIAMS
 Federal Defender

 /s/ *Mia Crager*
 MIA CRAGER
 Assistant Federal Defender
 Attorney for Defendant
 DERICK LOUANGAMATH

Dated: July 9, 2021

 PHILLIP A. TALBERT
 Acting United States Attorney

 /s/ *Aaron Pennekamp*
 AARON PENNEKAMP
 Assistant U.S. Attorney
 Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. Simultaneous briefing not to exceed 20 pages is due July 30, 2021 and a status conference is set for August 30, 2021 at 9:00 a.m.

The Court orders that the time from the date the parties stipulated, up to and including August 30, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(1)(D) and General Order 479, (Local Code T4 and E).

DATED: July 14, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE